UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INFORMATION NO. |
| | ) |
| v. | ) 18 U.S.C. § 922(g)(1) |
| | ) Possession of a Firearm by a |
| CHARLES EDWARD BENNETT | ) Prohibited Person |

CR121-69

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*Possession of Firearms by a Prohibited Person*
18 U.S.C. § 922(g)(3)

On or about January 29, 2019, in Richmond County, within the Southern District of Georgia, the defendant,

**CHARLES EDWARD BENNETT,**

knowing he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, to wit: alprazolam, a Schedule IV controlled substance, did knowingly possess in and affecting commerce, a firearm, to wit: a Davis Industries .380 caliber handgun, which had been transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

*(signatures follow on the next page)*

_____
Patricia G. Rhodes
Assistant United States Attorney
Branch Office Chief

_____
Henry W. Syms, Jr.
Assistant United States Attorney
Lead Counsel